DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

RODOLFO JUAN CASTILLO-SAUMELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3624

_____

April 19, 2024

Appeal from the Circuit Court for Hillsborough County; Christopher C.
Sabella and Michael S. Williams, Judges.

Wade M. Whidden of Whidden Law, Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Cynthia Richards,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.